# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER:   22-9006 MJ |
| Miles David Keeton | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D); 18 U.S.C. § 922(a)(6); and 18 U.S.C. § 924(a)(1)(A), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUTHORIZED BY: AUSA Brian E. Kasprzyk *BCK*

Special Agent Christian Villarruel, ATF
Name of Complainant

CHRISTIAN VILLARRUEL
Digitally signed by CHRISTIAN VILLARRUEL
Date: 2022.01.31 11:02:35 -07'
Signature of Complainant

Sworn to before me telephonically.

January 31, 2022      @12:06pm
Date

at     Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNTS

## COUNT 1

From between on or about January, 2021 to on or about January, 2022, in the District of Arizona, Defendant MILES DAVID KEETON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2 - 10

On or about the dates listed below, in the District of Arizona, Defendant MILES DAVID KEETON knowingly made false statements and representations to the businesses listed below, each of which was a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MILES DAVID KEETON did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating that he lived at the address listed on the Form 4473 and that he was the actual transferee or buyer and was not buying the firearm on behalf of another person, when in truth and fact, he did not live at that address and knew he was buying the firearm on behalf of another person:

| Count | Date | Business |
|---|---|---|
| 2 | 1/12/2021 | Tombstone Tactical, Phoenix, Arizona |
| 3 | 8/30/2021 | Ammo AZ/Zeus Arms, Phoenix, Arizona |
| 4 | 9/10/2021 | Ammo AZ/Zeus Arms, Phoenix, Arizona |
| 5 | 9/20/2021 | Ammo AZ/Zeus Arms, Phoenix, Arizona |
| 6 | 9/28/2021 | Ammo AZ/Zeus Arms, Phoenix, Arizona |
| 7 | 10/11/2021 | Ammo AZ/Zeus Arms, Phoenix, Arizona |
| 8 | 11/8/2021 | Ammo AZ/Zeus Arms, Phoenix, Arizona |
| 9 | 12/20/2021 | Ammo AZ/Zeus Arms, Phoenix, Arizona |
| 10 | 12/30/2021 | Ammo AZ/Zeus Arms, Phoenix, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

-1-

-2-

**COUNT 11**

On or about January 18, 2022, in the District of Arizona, Defendant MILES DAVID KEETON in connection with his attempted acquisition of a firearm from *Ammo AZ,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false written statement intended and likely to deceive *Ammo AZ* as to a fact material to the lawfulness of the sale of the firearm to the defendant under chapter 44 of Title 18, in that Defendant MILES DAVID KEETON represented that he lived at the address listed on the Form 4473 and that he was the actual transferee or buyer and was not buying the firearm on behalf of another person, when in true and fact, as the defendant then well knew, he did not live at that address and he was attempting to buy the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 922(a)(6).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Christian Villarruel, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol Tobacco Firearms & Explosives (ATF). I have been appointed as a Special Agent since May 2019. I have received training in the enforcement of the federal firearms and explosive laws. I have investigated individuals for federal firearms violations, including but not limited to dealing firearms without a license and false statements during the purchase of firearms.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Title 18, United States Code (U.S.C.) Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D) make it unlawful for a person to deal firearms without a license. 18 U.S.C. § 922(a)(6) makes it unlawful for a person to make a false statement or identification in the acquisition or attempted acquisition of firearms. 18 U.S.C. § 924(a)(1)(A) makes it unlawful for a person to knowingly make false statements or representations concerning the information required by law to be kept in the records of a Federal Firearms Licensee (FFL) in connection with acquiring or attempting to acquire firearms from an FFL.

3.      Congress and the Attorney General delegated the authority to the ATF to investigate, administer, and enforce the provisions of the Gun Control Act (GCA), Pub. L. No. 90-618 (1968). In this regard, ATF regulates the firearms industry as well as provides guidance on the GCA to other federal agencies. A Firearms Transaction Record known as an ATF Form 4473, must be filled out when an individual purchases a firearm from a FFL,

1

and must be maintained by that FFL. Information from the ATF Form 4473 is used to conduct the mandatory background check of the purchaser, and maintain an accurate record of the actual purchaser for firearms tracing. Every FFFL must maintain ATF Form 4473's for every firearms transaction. On page 2 of the ATF Form 4473, every purchaser must sign and date acknowledging every answer/material fact on this form is true/correct or they could be prosecuted for a felony offense. Every form has a list of definitions/warnings, and an explanation of "engaging in the business of dealing firearms without a license." ATF Form 4473 also includes a certification to be signed attesting that every answer on this form is true and correct.

## PROBABLE CAUSE

4.      In October of 2021, I received information from the ATF Crime Gun Intelligence Center (CGIC) regarding an individual identified as Miles David KEETON ( KEETON). According to the information from CGIC, KEETON had purchased 29 firearms of similar make, model, and caliber since January 2021. On at least six occasions, KEETON had purchased multiple firearms of same or similar make, model, and caliber in a single transaction. A review of the Federal Licensing System (FLS) which keeps track of all FFLs revealed that KEETON is not an FFL. A review of Arizona Department of Economic Security Records for KEETON showed no reported wages or income at the time he purchased these firearms. Investigators also learned that two firearms purchased by KEETON had been recovered by law enforcement in the state of California in separate incidents. Both firearms were recovered in less than a year from the original purchase date. KEETON listed his current address as 6346 West Whyman Avenue, Phoenix, Arizona, 85043 on each of the ATF Form 4473's that he executed for each firearms purchase.

5.      Agents reviewed the ATF Form 4473s for each of the six firearms transactions completed by KEETON. On each ATF Form 4473, KEETON listed the same West

2

Whyman Avenue address and claimed to be the actual transferee/buyer of the firearms listed. From reviewing the ATF Form 4473s for these six transactions, investigators know that KEETON purchased the following firearms from FFLs in Phoenix:

- January 12, 2021 from *Tombstone* Tactical:
  - HS Produkt Hellcat 9x19 pistol, serial number BY576548
  - Taruru5 G2S 9mm pistol, serial number ABM290973
- August 30, 2021 from *Ammo AZ*:
  - Springfield Hellcat 9mm pistol, serial number BA47967
  - Taurus GX4 9mm pistol, serial number 1GA15831
  - Taurus GX4 9mm pistol, serial number 1GA15832
  - Taurus GX4 9mm pistol, serial number 1GA13670
  - Ruger 57 5.7x28mm pistol, serial number 643-22302
- September 10, 2021 from *Ammo AZ*:
  - Glock G17 9mm pistol, serial number BSVT692
  - Glock G17 9mm pistol, serial number BSVT694
  - Glock G23 .40S&W pistol, serial number BUCV236
  - Taurus GX4 9mm pistol, serial number 1GA13495
  - Taurus GX4 9mm pistol, serial number 1GA13282
- September 20, 2021 from *Ammo AZ*:
  - Glock G23 .40S&W pistol, serial number BUCV445
  - Glock G23 .40S&W pistol, serial number BUCV270
  - Taurus GX4 9mm pistol, serial number 1GA15649
  - Ruger 57 5.7x28mm pistol, serial number 643-25062
  - Ruger 57 5.7x28mm pistol, serial number 643-25065
- September 28, 2021 from *Ammo AZ*:
  - Taurus GX4 9mm pistol, serial number 1GA15837
  - Taurus GX4 9mm pistol, serial number 1GA15833
  - Taurus GX4 9mm pistol, serial number 1GA15829

3

- o Glock G43X 9mm pistol, serial number BTFY905
- o Glock G43 9mm pistol, serial number AFNF930
- o Springfield Hellcat 9mm pistol, serial number BA497128
- October 11, 2021 from *Ammo AZ:*
  - o Ruger LCR .327 revolver, serial number 545-48600
  - o Taurus GX4 9mm pistol, serial number 1GA13632
  - o Taurus GX4 9mm pistol, serial number 1GA13428
  - o HS Produkt Hellcat 9mm pistol, serial number DA516940
  - o Smith & Wesson 638 .38 revolver, serial number DPI3822
  - o Glock 42 .38 pistol, serial number AGAX142

6.     On November 8, 2021, agents traveled to the West Whyman Avenue address KEETON had listed on all of the ATF Form 4473's in an attempt to speak with him about his firearms purchases and the two firearms recovered by law enforcement in California in particular.   Upon arriving at the residence, agents were greeted by a female who identified herself as the resident of that address.   The agents identified themselves and asked to speak with KEETON.   The woman stated she knew KEETON through his sister but that KEETON had not lived at the address for approximately one year.   The woman offered to contact KEETON's sister.   The agents provided their contact information and departed the location.

7.     Further investigation revealed that on that same day, KEETON purchased an additional five firearms from *Ammo A-Z/Zeus Arms* in Phoenix, Arizona.   The five firearms purchased by KEETON were identified as the following:

- o Smith & Wesson M&P9 Shield EZ 9mm pistol, serial number RJU6903
- o Glock 43X 9mm pistol, serial number BSSB677
- o Ruger LC9S 9mm pistol, serial number 459-81895
- o Smith & Wesson, SD9VE 9mm pistol, serial number FDL0707

4

o  Ruger 57 5.47x28mm pistol, serial number 643-34842

8.      Your Affiant obtained a copy of the ATF Form 4473 for the five firearms KEETON purchased on November 8, 2021.  On the ATF Form 4473, KEETON identified his current address as "6346 W. Whyman Ave., Phoenix, AZ 85043."  KEETON also answered "yes" to question 21a on the ATF Form 4473 which asks whether the purchaser is the actual transferee or buyer of the firearms listed on the form.  The ATF Form 4473 also includes a warning on bold type that explains, "Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you."

9.      According to the sales receipt for the purchase on November 8, 2021, KEETON spent a total of $2,683.52 for the five pistols and two boxes of ammunition.  According to the sales receipt, KEETON purchased the firearms using $2,700 in United States currency. Your Affiant knows through training and experience individuals who are often involved in firearms trafficking purchase firearms with cash in an attempt to conceal credit card record transactions, as well as the true identity of the recipient of the firearm.  Your Affiant also knows repeatedly purchasing firearms of similar, make, model, and caliber to be an indicator of firearms trafficking and or dealing firearms without a license.

**First Interview & Warning Letter**

10.     Additional investigation led investigators to another address associated with KEETON.  On November 15, 2021, agents went to 4033 South 7th Street, Unit 109, Phoenix, Arizona.  After knocking on the front door, agents were greeted by KEETON's mother, Barbara Sue Cade.  The agents identified themselves and asked to speak with KEETON. Ms. Cade called for KEETON who was in his bedroom.

5

11.    KEETON came to the door. The agents identified themselves again and explained that ATF mainly dealt with firearms. The agents asked KEETON about his firearms purchases. KEETON stated he purchased five firearms the week prior. KEETON also stated he kept his firearms at his baby's mother's residence because Ms. Cade did not allow firearms in her home. The agents specifically asked whether the five firearms KEETON had purchased the week prior were at KEETON's baby's mother's house, and KEETON stated yes. At that time, Ms. Cade, who had been present for the entire conversation, stated KEETON did not have five firearms in his possession and opined that KEETON was not being truthful with the agents. She went on to say KEETON could not afford five firearms because KEETON did not have a job. KEETON stated he had been trying to file a police report because some firearms KEETON previously purchased had been stolen from his vehicle. KEETON stated one of those firearms turned up in California and he had been contacted by the police department to notify him of the recovery. The agents asked KEETON how many firearms he still had in his possession. KEETON stated he only had one firearm and that it was currently in pawn. KEETON stated he had gotten rid of the remaining firearms.

12.    KEETON was asked how he had the money to purchase firearms. KEETON stated he made money selling the firearms he purchased. The agents indicated they did not believe KEETON was being forthcoming with the information he was providing. KEETON was asked if somebody gave him the money to purchase the firearms. KEETON stated he used some of his own money to purchase the firearms. KEETON then admitted 10 of the firearms he purchased were for another individual known to KEETON as "JT." KEETON initially denied having "JT" in his telephone contacts.

13.    The agents once again indicated they did not believe KEETON was being completely honest with them. The agents pointed out to KEETON that in addition straw-purchasing firearms, he had also used a false address on the ATF Form 4473 when he used

6

the incorrect address. The agents explained it was important KEETON be truthful about the information he was providing. KEETON asked if he could speak with the agents privately without his mother. The agents agreed and the conversation moved outside to the balcony of the apartment.

14.    Once outside, KEETON explained he first met JT at a park near his house and he purchased marijuana from him. KEETON explained that after purchasing marijuana from JT on several occasions, JT mentioned he needed firearms. JT asked if KEETON could buy firearms for him. KEETON stated he did not realize he wasn't allowed to do so. KEETON described JT as a black male who drove a four-door sedan. KEETON described the vehicle as possibly a Toyota.

15.    KEETON admitted to purchasing approximately 15 firearms for JT. KEETON stated JT gave him around $2,000 to purchase the firearms the week prior. When asked how much money he was paid to purchase each firearm, KEETON stated he was paid a hundred dollars per firearm. KEETON stated JT would give KEETON the money ahead of time to purchase the firearms from the FFLs. KEETON said JT did not drive him to the FFLs. KEETON would deliver the firearms to JT the same day KEETON purchased them. The agents again asked KEETON if he had a telephone number for JT and KEETON admitted he did and provided it to the agents. When asked how many times he had purchased firearms for JT, KEETON estimated he had purchased approximately five firearms for himself and the remaining firearms were for JT. Your Affiant asked if the five firearms purchased by KEETON the week prior from *Ammo AZ* were among those for JT, and KEETON answered yes.

16.    KEETON was again asked how many firearms he still had in his possession. KEETON stated he had one firearm in pawn at *Hernandez Pawn*. Your Affiant asked how much money KEETON had made in total purchasing firearms for JT, and KEETON

7

estimated $1,500. The agents asked if JT was aware ATF had been attempting to contact KEETON, and KEETON said no. KEETON told SAs he was unaware what JT was doing with the firearms. Prior to departing the residence, SAs stated they appreciated KEETON cooperating with them and providing information about JT. Your Affiant stated he wanted to be in contact with KEETON in case agents needed to verify further information regarding JT. KEETON was provided an ATF Warning Letter putting KEETON on notice that purchasing firearms for another person was against federal law. KEETON read and signed the letter. Your Affiant also verbally advised KEETON that he could not purchase firearms for other people, and KEETON acknowledged. The agents then departed the residence.

**Additional Firearms Purchases**

17.     On January 10, 2022, Your Affiant was notified by ATF personnel from ATF Industry Operations that KEETON had purchased firearms on two occasions since being interviewed by ATF and given a warning letter on November 15, 2021. On December 20, December 30, 2021, KEETON once again purchased firearms from *Ammo AZ* in Phoenix. After learning of these firearm purchases, Your Affiant reviewed copies of the ATF Form 4473s corresponding to both transactions. On each ATF Form 4473, KEETON listed the same West Whyman Avenue address and claimed to be the actual transferee/buyer of the firearms listed. From reviewing the ATF Form 4473s, investigators know that KEETON purchased the following firearms from *Ammo AZ*:

- December 20, 2021:
  - Glock G22.40SW pistol, serial number BUSE646
  - Ruger 57 5.7x28mm pistol, serial number 643-34506
  - Taurus GX4 9mm pistol, serial number 1GA43000
  - Ruger EC9S 9mm pistol, serial number461-22174

8

- o  Springfield Hellcat 9mm pistol, serial number BA645929
- o  Glock G43 9mm pistol, serial number AGDZ158

- December 30, 2021:
  - o  Ruger 57 5.7x28mm pistol, serial number 643-34526
  - o  Glock G32 .357SIG pistol, serial number BUWV858
  - o  TaurusGX4 9mm pistol, serial number 1GA45780
  - o  Springfield Hellcat 9mm pistol, serial number BA649532
  - o  Taurus GX4 9mm pistol, serial number 1GA47779
  - o  Glock G23 .40S&W pistol, serial number BVVF061

18.  On January 12, 2022, agents once again went to KEETON's residence at 4033 South 7th Street, Unit 109 in Phoenix.  Upon contacting KEETON, your Affiant asked if KEETON was working.  KEETON stated he was currently working with his friend laying concrete.  Your Affiant asked KEETON approximately how much money he made every two weeks.  KEETON estimated $1,200-$1,300.  Your Affiant stated he knew KEETON had purchased firearms on two occasions totaling 12 additional firearms since their initial meeting on December 15, 2021.  KEETON acknowledged that was accurate and stated he had purchased these firearms for himself—and not JT.  Your Affiant asked if KEETON had the firearms, and KEETON stated yes.  KEETON then stated the firearms were not inside the residence because his mother did not allow firearms there.  KEETON told the agents that the firearms were at his friend "Jason's" house inside a gun safe.

19.  Your Affiant asked KEETON where Jason lived, and KEETON replied in the city of Mesa.  KEETON stated he did not know the crosstrees where Jason lived.  Your Affiant asked if Jason would be in possession of the firearms, and KEETON answered yes. Your Affiant asked why KEETON purchased firearms of a similar make, model, and caliber. KEETON stated those were the firearms he (KEETON) wanted.  One of the agents

9

estimated that KEETON must have spent over $6,000 to purchase the 12 firearms. The agents indicated they wanted to go to Jason's house to make sure he was in possession of the firearms. KEETON stated he was not able to show the agents the firearms at that time because KEETON was tired, and Jason was at work. Your Affiant again asked where Jason lived. KEETON stated he only knew Jason lived in the city of Mesa. Your Affiant asked if KEETON had a telephone number for Jason, and KEETON denied having one. KEETON said his cellphone broke and KEETON no longer had a telephone number for Jason. Agents stated they did not think KEETON was being forthcoming about the information he was providing. Your Affiant stated it did not make sense for KEETON to give his firearms to Jason if KEETON did not know where Jason lived nor had a telephone number to reach him.

20.    KEETON stated he met Jason at the Crossroads gun show. KEETON admitted he was asked to purchase firearms for Jason because Jason claimed he did not have time to go to the guns stores himself to purchase the firearms. KEETON stated he sold all 12 firearms he purchased from Ammo AZ on December 20 and 30, 2021 to Jason. Your Affiant explained to KEETON that by purchasing the firearms with the intention of giving them to Jason, he had once again violated the law by purchasing firearms for another while claiming that he was the actual transferee/buyer. The agents also explained KEETON had made a false statement on the ATF Form 4473.

21.    The agents asked if KEETON had any additional information regarding Jason. KEETON described Jason as an old white male. KEETON stated Jason had a concealed weapons permit. When asked how much money Jason had given him to purchase the 12 firearms, KEETON estimated $10,000. Your Affiant stated in addition to straw purchasing firearms for Jason, KEETON once again used a false address on the ATF Form 4473. Your Affiant stated KEETON had not updated the address on his identification since the last time KEETON spoke with the agents. KEETON was again advised not to

10

purchase anymore firearms as KEETON had proven to be irresponsible and committed several violations of firearms laws. The agents then left the residence.

**January 18, 2022 Attempt to Purchase Firearms**

22. On January 18, 2022, your Affiant was contacted directly by an employee at *Ammo AZ*. They advised KEETON was once again at *Ammo AZ* attempting to acquire more firearms. The FFL representative stated they were notifying ATF because they were aware KEETON had recently been under investigation on suspicion of firearms offenses. KEETON was delayed during the background check by the FFL and left the store without any firearms.

23. The next day, the FFL provided your Affiant a copy of the ATF Form 4473 corresponding to KEETON's attempted purchase. On the ATF Form 4473, KEETON again listed the West Whyman Avenue address as his current address despite having been notified by ATF on multiple occasions that was not accurate because KEETON no longer lived there. On January 18, 2022, KEETON attempted to purchase the following firearms:
   o Taurus GX4 9mm pistol, serial number 1GA42997
   o Ruger LC9S 9mm pistol, serial number 459-81466
   o Beretta APX 9mm pistol, serial number AXC062684
   o Glock G26 9mm pistol, serial number BVNP803
   o Glock G27 .40 pistol, serial number BVXZ224

24. On January 21, 2022, your Affiant queried KEETON in ATF databases. In doing so, your Affiant learned of two additional firearm recoveries pertaining to firearms originally purchased by KEETON from *Ammo AZ*. Once again, both firearms were recovered in separate incidents by local police departments in California and Nevada. These firearms were recovered 126 days and 296 days after KEETON originally

11

purchased them.

## REQUEST FOR AUTHORIZATION

25.    For these reasons, your Affiant submits that there is probable cause to believe Miles David KEETON committed violations of 18 USC §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D), Dealing Firearms without a License, 18 U.S.C. § 922(a)(6), False Statement or Identification in Acquisition or Attempted Acquisition of a Firearm, and 18 U.S.C. § 924(a)(1)(A), False Statement during Purchase of a Firearm.

26.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.


CHRISTIAN VILLARRUEL
Digitally signed by CHRISTIAN VILLARRUEL
Date: 2022.01.31 11:03:10 -07'0

CHRISTIAN VILLARRUEL
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES


Sworn to before me telephonically this 31st day of January, 2022.



HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE