# United States District Court
### for
### District of Arizona

☒ FILED ☐ LODGED

## Nov 08 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

U. S. A. vs. Miles David Keeton
Docket No. 2:22-cr-00327-JJT-1
AUSA: Brett Allen Day
Defense Attorney: Madeline Ann Mayer

## T - SEALED

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **ALEX WAMBOLDT**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Miles David Keeton</u>, who was released by the Honorable Michelle H. Burns sitting in the Court at Phoenix, on the 17th day of August, 2022, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1. The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification.**

On October 31, 2022, the defendant submitted to drug testing and tested presumptive positive for cocaine. On November 7, 2022, Alere Toxicology confirmed through GC/MS testing, the sample was positive for cocaine.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_Alex Wamboldt_
Alex Wamboldt
U.S. Pretrial Services Officer
Intensive Supervision Specialist

November 7, 2022
**Date**

cc: PTS

Page 2
RE:  Miles David Keeton
November 7, 2022

**Reviewed by**

_____        November 7, 2022_____
Gilbert Lara                                                              **Date**
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a warrant.  Considered and ordered this 7 day of November, 2022, and ordered filed and made a part of the records in the above case.

_____
**The Honorable MICHELLE H. BURNS**
**U.S. Magistrate Judge**