**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

WITNESS LIST

☒ FILED    ☐ LODGED

**Dec 20 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case Number:    CR22:00327-JJT        Judge Code:    JJT    Date: 12/20/2022

Case Name:  United States vs. Miles David Keeton

☒ Plaintiff/ Petitioner        ☐ Defendant/ Respondent

☐ Non-Jury Trial        ☐ Jury Trial        ☒ Other Hearing: Pre-Trial Revocation Hearing

| Name | Sworn | Appeared |
|------|-------|----------|
| Alex Wamboldt, U.S. Pretrial Services Officer | 12/20/2022 | 12/20/2022 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |